# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO SALDANA, | : | Civil No. 3:16-cv-634 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ___14th___ day of March, 2018, upon consideration of Defendants' motion (Doc. 20) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's objection (Doc. 43) to consideration of Defendants' declarations is **OVERRULED**.

2. The motion (Doc. 20) for summary judgment is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge